[Nos. 23459-2-III; 23460-6-III.   Division Three.   January 26, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM ORVILLE JONES, *Appellant.*

Appeals from judgments of the Superior Court for Spokane County, Nos. 04-1-00015-8 and 04-1-00655-5, Tari S. Eitzen, J., entered September 23, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[Nos. 54904-9-I; 55012-8-I.   Division One.   January 30, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. DANA CHADWICK JACK ET AL., *Appellants.*

Appeals from judgments of the Superior Court for King County, Nos. 03-1-09114-2 and 03-1-09113-4, J. Wesley Saint Clair, J., entered September 7, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54982-1-I.   Division One.   January 30, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. RODRIGQUEZ RONZELL CLIFTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-06313-1, Charles W. Mertel, J., entered September 16, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55045-4-I.   Division One.   January 30, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE DOWDELL, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-00235-1, Linda Lau, J., entered October 1, 2004. *Affirmed* by unpublished per curiam opinion.